855 F.2d 860
 Creditor's Committee
v.
Mac Designs, Inc., Maguire (Edward, Melody), Shareholders,
Barnes (Jack M.), Beckwith (Steven M.), Bickford (Billy E.),
Meyers (Nancy), Campbell (Gwen L., (Wright)), Crady
(Michael), Crosby (Anita), Dargo, Inc., Daunell (David B.),
Faircloth (Kathleen), Gallagher (Patrick F.), Swart (Susan
M., (Gallagher))
 NO. 87-2508
 United States Court of Appeals,
Ninth Circuit.
 AUG 02, 1988
 
 1
 Appeal From: N.D.Cal.
 
 
 2
 AFFIRMED.